**ORIGINAL**

FILED

07/29/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0444

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0444

_____

JOSE MOSQUEDA,

Petitioner,

v.

MONTANA FOURTH JUDICIAL COURT,
HONORABLE JASON MARKS, Presiding,

Respondent.

_____

FILED

JUL 2 9 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Representing himself, Jose Mosqueda has filed a Petition for Writ of Supervisory Control over the Fourth Judicial District Court, Missoula County, and the Honorable Jason Marks. Mosqueda provides the background, beginning with his June 2023 arrest and states that he seeks relief, "in order to protect the Petitioner['s] rights to a fair and intake trial framework." He raises issues about admissibility of character and prior bad acts' evidence. Mosqueda includes copies of his defense counsel's motion in limine and the State's response as well as the District Court's Order.

Supervisory control may be appropriate on a case-by-case basis. "This extraordinary remedy can be invoked when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate." *State v. Spady*, 2015 MT 218, ¶ 11, 380 Mont. 179, 354 P.3d 590 (citing M. R. App. P. 14(3); *Redding v. McCarter*, 2012 MT 144, ¶ 17, 365 Mont. 316, 281 P.3d 189).

Upon review, Mosqueda's writ requesting that we exercise original jurisdiction is the inappropriate remedy. Mosqueda re-states his defense counsel's arguments that the District Court has addressed. He has an upcoming trial, and he has the remedy of the normal appeal process after sentencing. An appeal provides this Court the complete record, along with briefing, for our review. M. R. App. P. 8(1). We conclude that supervisory control is not appropriate here. M. R. App. P. 14(3). Therefore,

IT IS ORDERED that Mosqueda's Petition for Writ of Supervisory Control is DENIED and DISMISSED.

IT IS FURTHER ORDERED that this matter is CLOSED as of this Order's date.

The Clerk is directed to provide a copy of this Order to: the Honorable Jason Marks, District Court Judge; Amy McGhee, Clerk of District Court, under Cause No. DC-23-375; Brielle Lande, Deputy County Attorney; Sarah K. Busch, Defense Counsel; counsel of record; and Jose Mosqueda personally.

DATED this 29 day of July, 2024.

_____
Chief Justice

_____

_____

_____
Justices

2